USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 9 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA : ORDER

      -v.- : 13 Cr. 484 (KBF)

ANTHONY DAVIS and :
OLUWOLE OJUDUN,
                       :
        Defendants.
                       :
- - - - - - - - - - - - - - - - -x

       Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Richard A. Cooper, of counsel, and with the consent of counsel for the defendants, it is hereby ORDERED that the time from October 11, 2013 through November 13, 2013 is hereby excluded under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court has determined that such exclusion best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

Dated: New York, New York
      October 9, 2013

                                    HONORABLE KATHERINE B. FORREST
                                    UNITED STATES DISTRICT JUDGE